UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TORONZO D. THOMPKINS | CIVIL ACTION |
| VERSUS | NO. 24-1761 |
| TIM HOOPER, WARDEN | SECTION "A" (5) |

## ORDER

The Court having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 12), and Plaintiff's objection to the Magistrate Judge's Report and Recommendation (Rec. Doc. 13), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that Thompkins' 28 U.S.C. § 2254 petition for federal habeas corpus relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 28th day of August, 2025.

_____
**UNITED STATES DISTRICT JUDGE**